## Isabel F. Woolf, Appellee, v. Irving W. Woolf, Appellant.

Gen. No. 43,530.

opinion filed March 11, 1946; released for publication March 25, 1946. Bernard J. Brown and Jesse H. Brown, for appellant; Cantwell & Cantwell, for appellee; Robert E. Cantwell, Jr. and Louis Yager Cantwell, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.